# Monahan & Moses, LLC

**EXHIBIT B**

Thomas L. Moses  
Member State Bar South Carolina

Registered Patent Attorney  
tom.moses@momolaw.com

August 10, 2011

Ms. Sandi Scales  
1282 Thirteen Forks Rd.  
Dewy Rose, GA  30634

Re:   U.S. Patent No. 7,919,191  
      U.S. Trademark Reg. No. 3,681,804

Dear Ms. Scales:

This firm represents Mr. George Arnold and GLASS Art Imaging, LLC with respect to intellectual property matters.  It has come to our attention that you have been engaged by Supernova, International to perform laser etching and laser design.  You have further been representing that you will be offering these services under the trademark GLASS ART.

While it is unclear to us whether you have, in fact, begun performing these services on behalf of Supernova, we wish to bring to your attention that my clients have obtained a valid and enforceable U.S. Patent (U.S Patent No. 7,919,191) directed to a method for producing black and white or color images on natural or synthetic stone substrates.  Enclosed, please find a copy of this patent for your review.

It is clear that, at one time, you worked with Mr. Arnold, and have full knowledge of his patented process.  Further, you have been aware for quite some time that this patent (and the related application) was in existence.  If we find that you or Supernova is infringing any claims set forth in this patent, my client is prepared to take all necessary steps to protect its intellectual property in Federal Court, and any such action will include a claim of willful patent infringement.

I am in receipt of an email message that you sent to Tim Bronleewe on August 2, 2011, in which you acknowledge the existence of the enclosed patent, and indicate that you may have some evidence to invalidate it.  If that is the case, I would invite you to provide such information to us, so that we may evaluate the authenticity of your claim.  However, until such time as the patent is judged invalid by either the USPTO or a court of competent jurisdiction, be advised that this patent is valid and enforceable.

Additionally, I have enclosed a copy of my client's Federal Trademark Registration (U.S. Reg. No. 3,681,804). The protected trademark is GLASS ART, and the listed services include "laser imaging services featuring laser imaging on granite protected with glass sealer for monuments and memorials." Again, you are now on notice of this trademark registration, and if your company continues to publically represent that your company is performing GLASS ART etching and imaging, my client is similarly prepared to bring an action to prevent such further, intentional infringement.

Please be advised that my clients will not sit idly by while their valuable intellectual property is intentionally infringed. If you or your attorney would like to discuss this matter further, please feel free to give me a call at the number below.

Regards,

*[signature]*

Tom Moses
Monahan & Moses, LLC


cc: Mr. George Arnold